IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Dietz (deceased) by     :
Judith Dietz,     :
         Petitioner     :
    :
         v.     :    No. 2051 C.D. 2014
    :
Workers' Compensation Appeal     :
Board (Lower Bucks County Joint     :
Municipal Authority),     :
         Respondent     :

# **O R D E R**

AND NOW, this 3rd day of December, 2015, it is hereby ORDERED that the above-captioned opinion filed August 14, 2015, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____

MARY HANNAH LEAVITT, Judge